## US BANK NATIONAL ASSOCIATION Plaintiff vs. Abena Morle Defendant

**Broward County Case Number:** CACE23012358
**State Reporting Number:** 062023CA012358AXXXCE
**Court Type:** Civil
**Case Type:** Real Prop Homestead Res Fore Between $50,000 and $250,000
**Incident Date:** N/A
**Filing Date:** 04/07/2023
**Court Location:** Central Courthouse
**Case Status:** Reopened Active
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Rodriguez, Carlos Augusto

### − Party(ies)   Total: 5

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **US BANK NATIONAL ASSOCIATION** | | ★ Wallach, Gregory Adam<br>Retained<br>Bar ID: 94332<br>Aldridge Pite LLP<br>Six Piedmont Center<br>3525 Piedmont Road N.E., Suite 700<br>Atlanta, GA 30305<br>**Status: Active** |
| Defendant | **Morle, Abena** | | |
| Defendant | **UNKNOWN SPOUSE OF ABENA MORLE**<br><br>Notice of Dropped Party | | |
| Defendant | **UNKNOWN HEIRS OF ABENA MORLE**<br><br>Notice of Dropped Party | | |
| Defendant | **UNKNOWN HEIRS OF ABENA MORLE**<br><br>Notice of Dropped Party | | |

## − Disposition(s)   Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 11/15/2024 | Disposed by Judge |

| Date | Disposition(s) | View / Pages |
|---|---|---|
| 06/28/2024 | **Notice of Dropping Party(S)**<br>Vol./Book 0 , Page 0, 2 pages<br>Instrument Number 119661179 | 📄/2 |
| 08/01/2024 | **Notice of Dropping Party(S)**<br>  Comment (UNKNOWN SPOUSE OF ABENA MORLE and UNKNOWN HEIRS OF ABENA MORLE )<br>Vol./Book 0 , Page 0, 2 pages<br>Instrument Number 119719155 | 📄/2 |
| 11/15/2024 | **Final Judgment of Foreclosure**<br>Vol./Book 0 , Page 0, 4 pages<br>Instrument Number 119910214 | 📄/4 |

## − Collection(s)   Total: 0

**There is no Collection information available for this case.**

## − Event(s) & Document(s)   Total: 49

Other Document(s) on This Case

| Date | Document Description | View / Pages |
|---|---|---|
| 01/29/2025 | Case Summary | 📄/3 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 04/29/2025 | **4th DCA Order** | 4D2024-3223 / CW / A suggestion of bankruptcy having been filed, it is ORDERED that the parties shal<br>, within fourteen (14) days from the date of this order, request that the United States Bankruptcy<br>ourt issue an order stating whether this appeal should be stayed pursuant to 11 U.S.C. 362(a) or<br>ny other provision of the United States Bankruptcy Code. See, e.g., /n re Hi//, 364 B.R. 826,828 (B<br>nkr. M.D. Fla. 2007) ("Comfort orders serve a valuable purpose. The orders are entered primarily fo<br>a third party's benefit, often to help a sister state court attempting to determine whether it can<br>proceed with a pending action, such as a foreclosure."). Upon the filing of the request in the Unit<br>d States Bankruptcy Court, the parties shall file a notice of compliance with this Court. Further,<br>hould the United States Bankruptcy Court enter an order on the parties' request, the parties shall<br>ile a copy of the order with this Court within five (5) days of issuance of that order. | 📄/2 |
| 04/08/2025 | **Notice** | | 📄/19 |
| 04/01/2025 | **Notice of Hearing** | | 📄/3 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 03/31/2025 | **Emergency Motion** | TO STAY WRIT OF POSSESSION | /20 |
| 03/28/2025 | **Suggestion of Bankruptcy** | case number 25-13354-PDR<br>Party: *Defendant* Morle, Abena | /2 |
| 03/25/2025 | **Non-Military Affidavit** | AFFIRMATION OF NON-MILITARY SERVICE<br>Party: *Defendant* Morle, Abena | /3 |
| 03/25/2025 | **Notice of Appearance** | LIMITED NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES<br>Party: *Plaintiff* US BANK NATIONAL ASSOCIATION | /2 |
| 03/25/2025 | **Motion for Writ of Possession** | Party: *Plaintiff* US BANK NATIONAL ASSOCIATION | /11 |
| 02/11/2025 | **Certificate of Title** | | /1 |
| 02/11/2025 | **Certificate of Disbursements** | | /1 |
| 01/31/2025 | **Certificate of Sale** | | /1 |
| 01/31/2025 | **Bid Sheet** | | /2 |
| 01/31/2025 | **Certificate of Sale & Proof of Publication Mailed** | | |
| 01/29/2025 | **Motion to Amend Final Judgment** | | /6 |
| 01/29/2025 | **Appeal Record Completed** | INDEX SERVED ON ALL PARTIES / 4D2024-3223 / CW | /8 |
| 01/29/2025 | **Final Bill Appeal Preparation fees pending in amount of** | $56.00 / 4D2024-3223 / CW | /1 |
| 01/06/2025 | **Affidavit of Proof of Publication** | | /3 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 12/31/2024 | **4th DCA Order** | 4D2024-3223 / CW / The jurisdiction of this court was invoked by filing of a Notice of Appeal in the lower tribunal. The $300.00 filing fee required by the applicable rule of procedure and Section 35.2(2)(a), Florida Statutes (2024), is due and payable REGARDLESS OF WHETHER THE APPEAL IS LATER DISMSSED VOLUNTARILY OR ADVERSELY. ORDERED, Appellant shall pay the $300.00 filing fee or file the lowe tribunal clerk's determination of indigent status... | /2 |
| 12/24/2024 | **Notice of Sale - Issued by Attorney** | | /2 |
| 12/16/2024 | **Acknowledgment** | 4D2024-3223 / FINAL / CW | /2 |
| 12/12/2024 | **Notice of Appeal** | Party: *Defendant* Morle, Abena | /11 |
| 11/19/2024 | **Certificate of Mailing** | Party: *Plaintiff* US BANK NATIONAL ASSOCIATION | /6 |
| 11/18/2024 | **Final Disposition Form** | | /1 |
| 11/14/2024 | **Objection** | | /35 |
| 10/31/2024 | **Comment:** | flie created and Original Note and Mortgage placed in the file | |
| 10/15/2024 | **Notice of Hearing** | | /2 |
| 10/14/2024 | **Not of Filing Original Note & Mortgage** | PLAINTIFF'S NOTICE OF FILING ORIGINAL NOTE AND MORTGAGE | /31 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 10/04/2024 | **Motion for Summary Final Judgment** | IN MORTGAGE FORECLOSURE<br>Party: *Plaintiff* US BANK NATIONAL ASSOCIATION | /6 |
| 10/04/2024 | **Affidavit of Attorney Fees** | VERIFIED STATEMENT AS TO ATTORNEY FLAT FEE | /2 |
| 10/04/2024 | **Affidavit of Attorney Fees** | VERIFIED STATEMENT AS TO ATTORNEY FEES | /2 |
| 10/04/2024 | **Affidavit of Attorney Fees** | VERIFIED STATEMENT AS TO ADDITIONAL FLAT FEES | /1 |
| 10/04/2024 | **Affidavit of Costs** | VERIFIED STATEMENT AS TO COSTS | /5 |
| 10/04/2024 | **Affidavit of Indebtedness** |  | /35 |
| 08/08/2024 | **Answer to Complaint** | Party: *Defendant* Morle, Abena | /2 |
| 07/30/2024 | **Alias Summons Returned Served** | 7/20/2024<br>Party: *Defendant* Morle, Abena | /4 |
| 07/30/2024 | **Alias Summons Returned Served** | ON DATE/TIME: 7/20/2024 10:35 AM<br>Party: *Defendant* Morle, Abena | /4 |
| 07/09/2024 | **eSummons Issuance - Alias** | ABENA MORLE | /3 |
| 07/01/2024 | **Order Granting** | ORDER ON PLAINTIFF S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS & FOR CLERK TO SSUE ALIAS SUMMONS | /2 |
| 06/28/2024 | **Motion for Extension of Time** | Party: *Plaintiff* US BANK NATIONAL ASSOCIATION | /6 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 09/26/2023 | **Summons Returned Unserved** | UNKNOWN SPOUSE OF ABENA MORLE<br>Party: *Defendant* UNKNOWN HEIRS OF ABENA MORLE *Defendant* UNKNOWN HEIRS OF ABENA MORLE | /4 |
| 09/26/2023 | **Summons Returned Unserved** | Party: *Defendant* Morle, Abena | /6 |
| 04/10/2023 | **eSummons Issuance** | ABENA MORLE | /3 |
| 04/10/2023 | **eSummons Issuance** | UNKNOWN SPOUSE OF ABENA MORLE | /3 |
| 04/07/2023 | **Per AOSC20-23 Amd12, Case is determined Streamlined** | | |
| 04/07/2023 | **Civil Cover Sheet** | Amount: $100,001.00 | /3 |
| 04/07/2023 | **Lis Pendens** | Fld & Rec | /1 |
| 04/07/2023 | **Complaint (eFiled)** | | /63 |
| 04/07/2023 | **Certificate** | | /7 |
| 04/07/2023 | **Value Claim Form** | | /1 |

## Hearing(s)

Total: 1

| Date | Description | Additional Text |
|---|---|---|
| 01/30/2025 | **Foreclosure Sale** | Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |

– Related Case(s)    Total: 0

**There is no related case information available for this case.**